■ In the Matter of CHARLENE H. FULLER, Respondent, v WILLIAM H. WALKER, Respondent. MICHELE E. DeTRAGLIA, ESQ., Attorney for the Child, Appellant. [948 NYS2d 841]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered August 9, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that the parties have split custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.